EL PUEBLO, DEMANDANTE Y APELADO, *v.* LECOMPTE, ET AL., ACUSADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en causa por libelo infamatorio.

No. 1770.—Resuelto en marzo 30, 1922.

APELACIÓN—ALEGATO—SEÑALAMIENTO DE ERRORES.—La sentencia de la corte inferior se presume que es correcta, y el apelante está en el deber, y no el Tribunal Supremo, de descubrir y establecer por medio de alegato la existencia de cualquier error más o menos técnico que pudiera constituir un posible fundamento de revocación.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. A. Nazario Lugo.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.

Los acusados apelan de una sentencia que los declara culpables de un delito de libelo, por la cual fueron condenados al pago de cincuenta dólares de multa cada uno. Los autos contienen un pliego de excepciones pero no hay alegato ni señalamientos de error. El pliego de excepciones sugiere varias cuestiones interesantes, que más bien son du-

dosas y algo técnicas las cuales podrían tal vez haber sido consideradas en sus pormenores por un hábil abogado, des-.pués de su debida investigación.  Hemos examinado los autos hasta donde ha sido necesario para estar satisfechos de que no se ha cometido ninguna injusticia sustancial.

Como repetidas veces hemos indicado, la sentencia de la corte inferior se presume que es correcta, y el apelante está en el deber, y no este tribunal, de descubrir y establecer la existencia de cualquier error más o menos técnico que pudiera constituir un posible fundamento de revocación.

La sentencia apelada debe ser confirmada.

*Confirmada la·sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro, y Asociados Wolf y Aldrey.